# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )    C.A. No. |
| v. | ) |
| | ) |
| PAMELA LEWIS, | ) |
| GOSLYN UK LIMITED, | ) |
| | ) |
| Defendants. | ) |

## EXHIBITS 1 TO 6 TO THE COMPLAINT

Philip R. Bautista
(*pro hac vice* forthcoming)
William A. Doyle
(*pro hac vice* forthcoming)
**TAFT STETTINIUS &
HOLLISTER LLP**
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
pbautista@taftlaw.com
wdoyle@taftlaw.com

**KLEHR HARRISON
HARVEY BRANZBURG LLP**
Thomas V. Ayala (Bar No. 6629)
Alyssa M. Radovanovich (Bar No. 7101)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
tayala@klehr.com
aradovanovich@klehr.com

*Attorneys for Plaintiff,
ACO, Inc.*

Dated: October 1, 2024

# EXHIBIT 1

10760773.v1

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98208414**
**Filing Date: 10/03/2023**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98208414 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\982\084\98208414\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | goslyn |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word "goslyn" in stylized font with a stylized swan to the right of the word, with two stacked curved stylized lines of different lengths being above the left upper part of the swan, and a stylized curved line is under the swan head and letter "g". |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 581 x 252 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | ACO, Inc. |
| *MAILING ADDRESS | 9470 Pinecone Drive |
| *CITY | Mentor |
| *STATE (Required for U.S. applicants) | Ohio |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 44060 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Ohio |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 007 |
| *IDENTIFICATION | Immiscible liquid separator devices and replacement parts |

|  | thereof; oil drain pumps |
|---|---|
| **FILING BASIS** | SECTION 1(a) |
|    **FIRST USE ANYWHERE DATE** | At least as early as 06/09/2017 |
|    **FIRST USE IN COMMERCE DATE** | At least as early as 06/09/2017 |
|    **SPECIMEN FILE NAME(S)** | |
|    **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\982\084\98208414\xml1 \ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\084\98208414\xml1\ APP0004.JPG |
|    **ORIGINAL PDF FILE** | SPE0-162254154130-2023100 3181510270448_._website_p age_-_cart.pdf |
|    **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\982\084\98208414\xml1\ APP0005.JPG |
|    **SPECIMEN DESCRIPTION** | product photos and website page for purchasing products |
|    **WEBPAGE URL** | https://goslyn.com/product/100-gpm-grd-gos320/ |
|    **WEBPAGE DATE OF ACCESS** | 10/02/2023 |
| **ATTORNEY INFORMATION** | |
| **NAME** | Deborah L. Corpus |
| **ATTORNEY DOCKET NUMBER** | ACOP-69181 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Pearne & Gordon LLP |
| **STREET** | 1801 East 9th Street, Suite 1200 |
| **CITY** | Cleveland |
| **STATE** | Ohio |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 44114 |
| **PHONE** | 216-579-1700 x240 |
| **FAX** | 216-579-6073 |
| **EMAIL ADDRESS** | tmdocket@pearne.com |
| **OTHER APPOINTED ATTORNEY** | J. Gregory Chrisman |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Deborah L. Corpus |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdocket@pearne.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | dcorpus@pearne.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |

| | |
|---|---|
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Deborah L Corpus/ |
| **SIGNATORY'S NAME** | Deborah L. Corpus |
| **SIGNATORY'S POSITION** | Attorney of record |
| **SIGNATORY'S PHONE NUMBER** | 216-579-1700 x240 |
| **DATE SIGNED** | 10/03/2023 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98208414**
**Filing Date: 10/03/2023**

## To the Commissioner for Trademarks:

**MARK:** goslyn (stylized and/or with design, see mark)
The literal element of the mark consists of goslyn. The applicant is not claiming color as a feature of the mark. The mark consists of the word "goslyn" in stylized font with a stylized swan to the right of the word, with two stacked curved stylized lines of different lengths being above the left upper part of the swan, and a stylized curved line is under the swan head and letter "g".
The applicant, ACO, Inc., a corporation of Ohio, having an address of
    9470 Pinecone Drive
    Mentor, Ohio 44060
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 007:  Immiscible liquid separator devices and replacement parts thereof; oil drain pumps

In International Class 007, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/09/2017, and first used in commerce at least as early as 06/09/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) product photos and website page for purchasing products.
**JPG file(s):**
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-162254154130-2023100 3181510270448_._website_p age_-_cart.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
Webpage URL: https://goslyn.com/product/100-gpm-grd-gos320/
Webpage Date of Access: 10/02/2023

The owner's/holder's proposed attorney information: Deborah L. Corpus. Other appointed attorneys are J. Gregory Chrisman. Deborah L. Corpus of Pearne & Gordon LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    1801 East 9th Street, Suite 1200
    Cleveland, Ohio 44114
    United States
    216-579-1700 x240(phone)
    216-579-6073(fax)
    tmdocket@pearne.com
The docket/reference number is ACOP-69181.
Deborah L. Corpus submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Deborah L. Corpus
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdocket@pearne.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): dcorpus@pearne.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Deborah L Corpus/   Date: 10/03/2023
Signatory's Name: Deborah L. Corpus
Signatory's Position: Attorney of record
Signatory's Phone Number: 216-579-1700 x240
Signature method: Signed directly within the form
Payment Sale Number: 98208414
Payment Accounting Date: 10/03/2023

Serial Number: 98208414
Internet Transmission Date: Tue Oct 03 18:37:20 ET 2023
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XXX-20231003183721
541008-98208414-86068eebc141863bf0e98b66
b5de748b494bde1b807329b35ed12138bd1ed42d
-CC-37205122-20231003181510270448









[https://goslyn.com/product/100-gpm-grd-gos320/](https://goslyn.com/product/100-gpm-grd-gos320/)

Accessed 10/02/2023

# EXHIBIT 2

**Registrations**

**Designated Contracting Party:**
**Canada**



WIPO | MADRID
The International
Trademark System

---

## NOTIFICATION                                                                ENN/2022/22

---

*Reproduction of the mark in*
*color under Rule 9.4(a)(vii)*



| | |
|---|---|
| *Registration number* | **1 666 615** |
| *Registration date* | **April 19, 2022** |
| *Date next payment due* | **April 19, 2032** |
| *Name and address of holder* | Goslyn UK Limited<br>Hill Farm House, 41 Newport Road, Milton Keynes, Bucks MK15 0AA (United Kingdom) |
| *Legal nature of the holder (legal entity) and place of organization* | Limited Company, England & Wales |
| *Classification of figurative elements* | 25.3; 26.11; 27.5; 29.1 |
| *Colors claimed* | Blue and green. |
| *List of goods and services NCL(11-2022)* | 7  Oil separators. |
| *Basic application* | United Kingdom, 06.06.2018, UK00003316076 |
| *Basic registration* | United Kingdom, 31.08.2018, UK00003316076 |
| *Designations under the Madrid Protocol* | Canada |
| *Date of notification* | 16.06.2022 |
| *Language of the international application* | English |

WORLD
**INTELLECTUAL PROPERTY**
ORGANIZATION

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

# EXHIBIT 3

10760773.v1



# Protocolo de Madrid
# Declaración de Concesión de la Protección TOTAL
# Regla 18ter.1

| | |
|---|---|
| **I. Oficina que realiza la notificación:** | INSTITUTO MEXICANO DE LA PROPIEDAD INDUSTRIAL DIRECCIÓN DIVISIONAL DE MARCAS |
| **I.I Fecha de Emisión:** | 31 DE JULIO DE 2023 |

**II. Número del registro internacional:** 1666615

GOSLYN ENVIRONMENTAL SYSTEMS y Diseño



**III. Nombre del titular del registro internacional:**
GOSLYN UK LIMITED

**IV. Se otorga la protección a la marca objeto del presente registro internacional respecto de todos los productos y/o servicios señalados en la extensión de la protección en México.**

**V. Registro(s) nacional(es) números(s):**
Expediente: 2773620, Registro: 2518705

**VI. Firma de la Oficina que realiza la notificación:**

Se firma con fundamento en las disposiciones legales invocadas, así como en el artículo 5 del Protocolo concerniente al Arreglo de Madrid relativo al Registro Internacional de Marcas, adoptado en Madrid el 27 de junio de 1989, modificado el 3 de octubre de 2006 y el 12 de noviembre de 2007; PRIMERO y CUARTO TRANSITORIOS, 2, fracción I, 5, fracción I, 9, 10, 17, 18 y 21 de la Ley Federal de Protección a la Propiedad Industrial, publicada en el Diario Oficial de la Federación el 1 de julio de 2020; 3, 4, 5 BIS, 13, 14 y 15 del Reglamento de la Ley de la Propiedad Industrial, publicado en el Diario Oficial de la Federación el 23 de noviembre de 1994 (reformado, adicionado o derogado, según corresponda, mediante Decretos publicados en el citado medio Informativo, los días 10 de septiembre de 2002, 19 de septiembre de 2003, 10 de junio de 2011 y 16 de diciembre de 2016); 1, 3, fracción V, inciso b), subíndices i), ii), iii) y iv), primero, segundo y tercer guion, según corresponda, 4, 5, 11, fracción II, así como último párrafo y 13, fracciones I, II, III, IV, V, VI y VII del Reglamento del Instituto Mexicano de la Propiedad Industrial, publicado en el Diario Oficial de la Federación el 14 de diciembre de 1999 (reformado y adicionado, según corresponda, mediante Decretos de 1° de julio de 2002 y 15 de julio de 2004, cuya fe de erratas se publicó el 28 del mismo mes y año en dicho medio informativo, así como por Decretos del 7 de septiembre de 2007 y del 15 de diciembre de 2017); 1, 3, 4, 5, fracción V, inciso b), subíndices i), ii), iii) y iv), primero, segundo y tercer guion, según corresponda, 15, fracción II, así como último párrafo, 17, fracciones I, II, III, IV, V, VI y VII, 26, 28 y 31 del Estatuto Orgánico de este Instituto, publicado en el Diario Oficial de la Federación el 27 de diciembre de 1999 (reformado y adicionado, según corresponda, mediante Acuerdo y Decreto de 10 de octubre de 2002 y 29 de julio de 2004, con nota aclaratoria publicada el 4 de agosto de 2004, en dicho medio informativo, y Acuerdos de fechas 13 de septiembre de 2007 y 2 de enero de 2018); y PRIMERO TRANSITORIO, 1, 3 y 6, fracciones I), II), III), IV) V), VI), VII), VIII), IX), X), XI), XII), XIII), XIV), XV), XVI), XVII), XVIII), XIX), XX), XXI), XXII), XXIII), XXIV) y XXV), según corresponda, así como párrafos antepenúltimo, penúltimo y último del Acuerdo Delegatorio de Facultades del Instituto Mexicano de la Propiedad Industrial, publicado en el Diario Oficial de la Federación el 5 de noviembre de 2020; y 24 del Acuerdo por el que se establecen los Lineamientos para la atención de solicitudes, peticiones y promociones presentadas conforme al Protocolo concerniente al Arreglo de Madrid relativo al Registro Internacional de Marcas, ante el Instituto Mexicano de la Propiedad Industrial, publicado en el Diario Oficial de la Federación el 12 de febrero de 2013 (reformado mediante los diversos publicados en el citado medio oficial, los días 6 de septiembre de 2018 y 11 de noviembre de 2020).

El presente documento electrónico ha sido firmado mediante el uso de la firma electrónica avanzada por el servidor público competente, amparada por un certificado digital vigente a la fecha de su elaboración, y es válido de conformidad con lo dispuesto en los artículos 7 y 9, fracción I de la Ley de Firma Electrónica Avanzada; 12 de su Reglamento, así como 69-C de la Ley Federal de Procedimiento Administrativo.

Arenal No. 550, Col. Pueblo de Santa María Tepepan, Del. Xochimilco, 16020, México, Ciudad de México (55) 53340700 www.gob.mx/impi



20231223173

**A T E N T A M E N T E**

SUBDIRECTOR DIVISIONAL DE EXAMEN DE SIGNOS DISTINTIVOS 'A'

L6Tt2fivmAOIPD1eWZKJHVbAJpwYSVnWM33w7A0CPFuscx3oAAjkxU8iaYDve337lJ4tQTkaaeVk
khv7d1TeAzlYdK4AL99hiqks19UEHBn9w4jeuZntK7GYMyt/0G0Pj4F7wLgTDfedIXGVIeU1JIb8
warBLyceEdZP/xkxqNH9jzewl5x8XJ4FPe81+Nf40JxHC4yP7HynNdFb8StNGpf9tTkXSzuB/ZWO
RfHNHbtdh0hLPmb8FjTXHH7tlG4YO9rZZ3Kz53gcm6vBIO9o/6H7ZCictacW7uvawAYh7Wt9yAy0
FGi5erq5ni4neUlT+g3xlGBoTdO+xXAxLBCiqw==

LIC. SALVADOR RODRIGUEZ RODRIGUEZ

**VII. Requerimientos para mantener vigente un registro internacional en México:**

Los titulares de registros internacionales que contengan la designación de México deberán presentar una declaración de uso real y efectivo de la marca. Esta declaración se presentará directamente ante el Instituto Mexicano de la Propiedad Industrial IMPI en el formato oficial que corresponda, según disponen las normas y los reglamentos vigentes, y previo pago de una tasa: a) en el plazo de tres meses, contados a partir de que se cumpla el tercer año de haberse concedido la protección en aquellos registros otorgados a partir del 10 de agosto de 2018, en cada clase que ampare el registro internacional y; b) en el plazo de tres meses posteriores a la notificación de la renovación del registro internacional que sea efectuada por la Oficina Internacional de la OMPI, a partir del 10 de agosto de 2018, sin que medie requisito siempre y cuando la concesión de la protección en México tenga como mínimo tres años, en los términos establecidos por la Ley, su Reglamento y en el Acuerdo por el que se establecen los lineamientos para la atención de solicitudes, peticiones y promociones presentadas conforme al Protocolo concerniente al Arreglo de Madrid relativo al Registro Internacional de Marcas, ante el Instituto Mexicano de la Propiedad Industrial.

Para el caso del supuesto a) este plazo se computará a partir de la fecha de concesión de la protección a la marca en cada clase que ampare el registro internacional la cual es distinta a la fecha del presente oficio; la fecha de concesión se puede consultar en las páginas web del Instituto https://marcia.impi.gob.mx/marcas/search/quick y https://acervomarcas.impi.gob.mx:8181/marcanet

A efecto de llevar a cabo la declaración de uso ante el IMPI, se deberán indicar los productos o servicios sobre los cuales se declare el uso del registro de marca, en cada clase que ampare el registro internacional. El alcance de la protección del registro continuará en aquellos productos o servicios sobre los cuales se haya declarado el uso.

Arenal No . 550, Col . Pueblo de Santa María Tepepan, Del . Xochimilco, 16020, México, Ciudad de México (55) 53340700 www.gob.mx/impi

# EXHIBIT 4

## REQUEST FOR EXTENSION OF PROTECTION

### SERIAL NUMBER: 79342616

### FILING DATE: 04/19/2022

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| IMAGE | \\TICRS\EXPORT18\IMAGEOUT18\793\426\79342616\xml1\APP0002.JPG |
| COLLECTIVE, CERTIFICATE OR GUARANTEE MARK | NO |
| MARK IN STANDARD CHARACTERS | NO |
| MARK IN COLOR | YES |
| COLOR CLAIMED FOR MARK | Blue and green. |
| THREE DIMENSIONAL MARK | NO |
| SOUND MARK | NO |
| TM IMAGE: COLOR | YES |
| IMAGE FILE NAME | \\TICRS\EXPORT18\IMAGEOUT18\793\426\79342616\xml1\APP0002.JPG |
| TYPE (IMAGE TYPE) | JPG |
| TEXTUAL ELEMENTS OF MARK | goslyn ENVIRONMENTAL SYSTEMS |
| **HOLDER DETAILS** | |
| CLIENT IDENTIFIER | 1450503 |
| NOTIFICATION LANGUAGE | ENGLISH |
| NAME | Goslyn UK Limited |
| ADDRESS | Hill Farm House, |
| | 41 Newport Road |
| | Milton Keynes, Bucks MK15 0AA |
| COUNTRY | United Kingdom |
| ENTITLEMENT ESTABLISHMENT | United Kingdom |
| LEGAL NATURE | Limited Company |
| LEGAL NATURE: PLACE INCORPORATED | England & Wales |
| CORRESPONDENCE INDICATOR | YES |
| **BASIC GOODS AND SERVICES** | |
| VERSION OF NICE CLASSIFICATION USED | 11-2022 |
| NICE CLASSIFICATION | 07 |
| GOODS AND SERVICES | Oil separators. |
| **BASE REGISTRATION DETAILS** | |
| BASE REGISTRATION NUMBER | UK00003316076 |
| BASE REGISTRATION DATE | 08/31/2018 |
| BASE APPLICATION NUMBER | UK00003316076 |

| | |
|---|---|
| BASE APPLICATION DATE | 06/06/2018 |

**INTENT TO USE GROUP**

| | |
|---|---|
| CONTRACTING PARTY CODE | United States of America |

**DESIGNATIONS**

| | |
|---|---|
| DESIGNATIONS UNDER THE PROTOCOL | United States of America |

**INTERNATIONAL REGISTRATION DETAILS**

| | |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 1666615 |
| INTERNATIONAL REGISTRATION DATE OF MARK | 04/19/2022 |
| INTERNATIONAL REGISTRATION EXPIRY DATE | 04/19/2032 |
| EFFECTIVE DATE OF MODIFICATION | 04/19/2022 |
| NOTIFICATION DATE | 06/16/2022 |
| DATE OF RECORDAL IN INTERNATIONAL REGISTER | 06/01/2022 |
| IB DOCUMENT ID | 1589156601 |
| OFFICE OF ORIGIN CODE | United Kingdom |
| OFFICE REFERENCE | 79342616 |
| TRANSACTION TYPE VALUES | Initial Designation |
| ORIGINAL LANGUAGE | ENGLISH |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DURATION OF MARK (YEARS) | 10 |
| VIENNA CLASSIFICATION VERSION USED | 8 |
| VIENNA CLASS | 2503 |
| VIENNA CLASS | 2611 |
| VIENNA CLASS | 2705 |
| VIENNA CLASS | 2901 |



# EXHIBIT 5



200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Tel: 216.241.2838 | Fax: 216.241.3707
taftlaw.com

**William A. Doyle**
216.706.3887
wdoyle@taftlaw.com

April 26, 2024

*Via Email and Federal Express*

Doug Samuelson
1805 Timber Ridge Trail
Cross Roads, TX 76227
doug.samuelson@gmail.com

Steve Clemons, Esq.
Leggett Clemons Crandall, PLLC
Granite Park Two,
5700 Granite Parkway,
Suite 950
Plano, Texas 75024
SClemons@lcclawfirm.com

Goslyn UK Limited
Cricket Street Business Park
Wigan
WN6 7TP

Goslyn International, Ltd.
5 St. Luke's Loft
26 Bartholomew Square
London
EC1V 3QH United Kingdom

Re:    ***Breach of Non-Competition Agreement, Infringement of ACO's Trademark, and Termination of License Agreement***

Dear Mr. Samuelson:

This firm represents ACO, Inc. ("ACO"). As you know, on January 24, 2022, ACO entered into a Membership Interest Purchase Agreement ("MIPA") for the purchase of Goslyn General, LLC, and a Partnership Interest Purchase Agreement ("PIPA," and together with the MIPA, the "Agreements) for the purchase of Goslyn LP (Goslyn General, LLC and Goslyn LP, collectively, "Goslyn"). ACO is sending this letter to you in your individual capacity as a "Seller" of Goslyn, as well as in your capacity as the "Sellers' Representative" for John Sowerby, Richard Sowerby, and Pamela Lewis (collectively, "Sellers"). (*See* MIPA, Section 12(c); PIPA, Section 13(c).)

## I.    Sellers' Breaches of the Agreements.

The Agreements contain restrictive covenants preventing Sellers from competing with ACO for three years in North America. This means Sellers are not permitted to, among other things, directly or indirectly own, be employed by, provide financing to, consult, or otherwise render services to any person who is engaged in any competing business with ACO in North America until January 24, 2025. (*See* Agreements, Section

April 26, 2024
Page 2

8.) Sellers have engaged in, or are currently engaged in, at least *five* activities in blatant violation of the Agreements' restrictive covenants.

*First*, as you know, ACO's purchase of Goslyn included all right, title, and interest in Goslyn, which included Company Intellectual Property, as defined in the Agreements. (*See* Agreements, Sections 4(e), 6(l), Schedules 6(1).) At the time of purchase ACO had exclusive common law trademark rights in the Goslyn Mark and confusingly similar versions of it in the United States. *Scooter Store, Inc. v. SpinLife.com, LLC,* 777 F. Supp. 2d 1102, 1111 (S.D. Ohio 2011). ACO is also the owner of the GOSLYN trademark, an application for which was filed on October 3, 2023 (U.S. Serial No. 98208414) in connection with its products, including automatic grease removal devices and low drain pump systems. To that end, since at least as early as March 2022, ACO has used the following designation in connection with the sale of oil separators in the United States:



("Goslyn Mark").

It has come to our attention that on April 19, 2022—which is *after* the sale of Goslyn to ACO—Goslyn UK Limited ("Goslyn UK") filed a trademark application in the United States for ![goslyn] , U.S. Serial No. 79342616 (the " U.S. Application"), which it has since abandoned. (***Exhibit A.***) The U.S. Application sought registration based on international trademark registration number 1666615 for oil separators.

The U.S. Application further shows an intent by Goslyn UK—in violation of the Agreements' restrictive covenants—to compete with ACO by providing identical goods and services as those offered by ACO in the United States. Indeed, the mark contemplated by the Infringing U.S. Application is a confusingly similar version of the Goslyn Mark. Excluding the differences in color and generic material, the Goslyn Mark and the mark covered by the U.S. Application contain the word element GOSLYN and are otherwise identical, even using the same design element. Likewise, the marks are used in connection with nearly identical services. This conduct can only be perceived as a willful campaign to cause consumer confusion and trade on the goodwill of Goslyn.

***Second***, on April 19, 2022, Goslyn UK also filed a trademark application in Canada for ![goslyn] , Application Number 2192804 based on the same international trademark registration 1666615 for oil separators (the "Canadian Application"). (***Exhibit B.***) Unlike the U.S. Application, the Canadian Application, while currently in default for failure to prosecute, is still pending. The Canadian Application is a breach of the Agreements for the reasons discussed above with regard to the U.S. Application. What's more, Goslyn UK appears to be offering products for sale—either directly or

April 26, 2024
Page 3

through a distributor—in Canada—another blatant violation of the Agreements. (*See* https://www.goslyn.ca/locator/, last accessed April 15, 2024.)

**Third**, Goslyn UK appears to be the owner of a trademark registered in Mexico as GOSLYN ENVIRONMENTAL SYSTEMS, Registration Number 2518705, based on the international trademark registration 1666615 for oil separators (the "Mexican Mark"). (**Exhibit B**.) The Mexican Mark is a breach of the Agreements for the reasons discussed above with regard to the U.S. and Canadian Applications.

**Fourth**, based on our investigation, you and John Sowerby are affiliated with a U.S. entity known as Goslyn Environmental Systems ("Goslyn Environmental"), located at 1904 University Business Dr., McKinney, Texas 75071, that was formed on or about March 1, 2022—again, **after** the sale of Goslyn to ACO. This strongly suggests an intent to sell competing products in the United States in violation of the Agreements. If this were not bad enough, Goslyn Environmental appears poised to do so by trading on the Goslyn Mark in violation of the Lanham Act, 15 U.S.C. 1125, *et seq.*

**Fifth**, Richard Sowerby appears to be affiliated with Goslyn Environmental's Canadian operation, as evidenced by Goslyn Environmental's Canadian website. (**Exhibit C**.) Goslyn Environmental's Canadian activities—and Richard Sowerby's involvement in same—are in direct contravention of the Agreements.

* * *

We suspect that Sellers are preparing to offer, or currently offering, competing goods for sale: (i) in the United States, based on the U.S. Application (albeit abandoned) and formation of Goslyn Environmental; (ii) in Canada, based on the Canadian Application and the current offering of Goslyn UK's products in Canada; and (iii) in Mexico, based on the Mexican Registration. Beyond the relevant trademark laws in the United States, Mexico, and Canada, **all** of the actions discussed above violate the Agreements restricting Sellers' competitive activities in North America until January 24, 2025. Thus, in accordance with Section 13(k)(ii) of the PIPA and Section 12(k)(i) of the MIPA, please be advised that ACO is hereby terminating the Agreements, effective immediately.

These actions are irreparably harming ACO and entitle ACO to immediate injunctive relief. In order to reach an amicable resolution of this matter, we require that the following be delivered to our offices by no later than the close of business on Monday, April 29, 2024:

(a)    Certification that Sellers have withdrawn the U.S. and Canadian Applications and will refrain from re-applying for the same marks in the United States, Canada, and Mexico;

(b)    Sellers' assignment of any pending North American applications to ACO;

(c)    Sellers' transfer of the Mexican Mark to Goslyn;

April 26, 2024
Page 4

    (d)    Sellers' certification that it will not apply for any trademarks that are substantially or confusingly similar to GOSLYN® or the Goslyn Mark in the United States, Canada, or Mexico;

    (e)    Sellers' certification that they will not challenge ACO's rights in GOSLYN® or the Goslyn Mark in the United States, Canada, or Mexico;

    (f)    Sellers' certification that Goslyn UK will not compete with ACO in the United States, Canada, or Mexico through and including January 24, 2025;

    (g)    a written description of any and all uses covered by the U.S. and Canadian Applications, and the Mexican Registration, that occurred on or after January 24, 2022, including, but not limited to, online advertisements; and

    (h)    An accounting of all sales made in North America from January 24, 2022 to the present, so that ACO may assess the extent to which it has already been damaged by Sellers' conduct.

## III.    Goslyn International, Ltd.'s Breach of the License Agreement.

As you know, Goslyn International, Ltd. ("Goslyn International") is a party to that certain Exclusive Use License: Intellectual Property/ Industry Certification/Trademarks dated August 5, 2018 by and between Goslyn International as licensee, and Goslyn General, LLC as licensor (the "License"). (***Exhibit D.***) The License gives Goslyn International the right to use the Goslyn General, LLC intellectual property that ACO acquired under the MIPA "for all territories outside of North America." Goslyn International is in violation of the License for using the mark outside the scope of the License in various ways including, but not limited to: (i) filing the U.S. Application; (ii) filing the Canadian Application; (iii) applying for and obtaining the Mexican Registration; and (iv) forming Goslyn Environmental in the United States. Goslyn International is also in violation of the License by failing to pay royalties to ACO, as assignee of the License, when due. For these reasons, ACO hereby terminates the License, effective immediately. ACO also demands an accounting on all sales and payments Goslyn International has made using Goslyn General, LLC's intellectual property since August 5, 2018 so that ACO can assess how much it is owed in unpaid License fees.

\* \* \*

Should you have any questions, my contact information appears above. In the interim, you should not consider anything in this letter as a waiver or relinquishment of any of ACO's rights or remedies and ACO expressly reserves all rights under applicable federal and state laws. The foregoing does not (i) constitute a full and complete statement of the facts with regard to this matter, (ii) operate as a waiver of any right or remedy, (iii) prejudice or preclude any other or further exercise of any right or remedy

April 26, 2024
Page 5

provided by law or in equity, (iv) entitle you to any other or further notice or demand whatsoever, or (v) in any way modify, change, impair, affect, diminish or release any of your liability. Please also note that this letter serves as a formal notice that you have a duty to preserve all potential evidence in this dispute.

Sincerely,

Taft Stettinius & Hollister LLP

*/s/ William A. Doyle*

William A. Doyle

WAD/tg
Attachments

cc  (via email w/attachments):

Derek Humphries (derek.humphries@aco.com)
Judy Brubaker (judy.brubaker@aco.com)
Howard Bobrow (hbobrow@taftlaw.com)
Philip R. Bautista (pbautista@taftlaw.com)
Julie A. Crocker (jcrocker@taftlaw.com)
Mark F. Fazio (mfazio@taftlaw.com)
LaTessa F. Gray (lfgray@taftlaw.com)
Douglas K. Fryett (dfryett@fryettcg.com)
John Sowerby (johnsowerby92@gmail.com)
Giles Sowerby (gilessowerbyps@gmail.com)
Richard Sowerby (sowerboo@telus.net)
Evan Mark Scott (emarkscott@gmail.com)
Jonathan Owen (jowen@goslyn.co.uk)
Pamela Lewis (plewis@goslyn.co.uk)

**EXHIBIT A**

## REQUEST FOR EXTENSION OF PROTECTION

### SERIAL NUMBER: 79342616

### FILING DATE: 04/19/2022

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| IMAGE | \\TICRS\EXPORT18\IMAGEOUT18\793\426\79342616\xml1\APP0002.JPG |
| COLLECTIVE, CERTIFICATE OR GUARANTEE MARK | NO |
| MARK IN STANDARD CHARACTERS | NO |
| MARK IN COLOR | YES |
| COLOR CLAIMED FOR MARK | Blue and green. |
| THREE DIMENSIONAL MARK | NO |
| SOUND MARK | NO |
| TM IMAGE: COLOR | YES |
| IMAGE FILE NAME | \\TICRS\EXPORT18\IMAGEOUT18\793\426\79342616\xml1\APP0002.JPG |
| TYPE (IMAGE TYPE) | JPG |
| TEXTUAL ELEMENTS OF MARK | goslyn ENVIRONMENTAL SYSTEMS |
| **HOLDER DETAILS** | |
| CLIENT IDENTIFIER | 1450503 |
| NOTIFICATION LANGUAGE | ENGLISH |
| NAME | Goslyn UK Limited |
| ADDRESS | Hill Farm House, |
| | 41 Newport Road |
| | Milton Keynes, Bucks MK15 0AA |
| COUNTRY | United Kingdom |
| ENTITLEMENT ESTABLISHMENT | United Kingdom |
| LEGAL NATURE | Limited Company |
| LEGAL NATURE: PLACE INCORPORATED | England & Wales |
| CORRESPONDENCE INDICATOR | YES |
| **BASIC GOODS AND SERVICES** | |
| VERSION OF NICE CLASSIFICATION USED | 11-2022 |
| NICE CLASSIFICATION | 07 |
| GOODS AND SERVICES | Oil separators. |
| **BASE REGISTRATION DETAILS** | |
| BASE REGISTRATION NUMBER | UK00003316076 |
| BASE REGISTRATION DATE | 08/31/2018 |
| BASE APPLICATION NUMBER | UK00003316076 |

| | |
|---|---|
| BASE APPLICATION DATE | 06/06/2018 |

**INTENT TO USE GROUP**

| | |
|---|---|
| CONTRACTING PARTY CODE | United States of America |

**DESIGNATIONS**

| | |
|---|---|
| DESIGNATIONS UNDER THE PROTOCOL | United States of America |

**INTERNATIONAL REGISTRATION DETAILS**

| | |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 1666615 |
| INTERNATIONAL REGISTRATION DATE OF MARK | 04/19/2022 |
| INTERNATIONAL REGISTRATION EXPIRY DATE | 04/19/2032 |
| EFFECTIVE DATE OF MODIFICATION | 04/19/2022 |
| NOTIFICATION DATE | 06/16/2022 |
| DATE OF RECORDAL IN INTERNATIONAL REGISTER | 06/01/2022 |
| IB DOCUMENT ID | 1589156601 |
| OFFICE OF ORIGIN CODE | United Kingdom |
| OFFICE REFERENCE | 79342616 |
| TRANSACTION TYPE VALUES | Initial Designation |
| ORIGINAL LANGUAGE | ENGLISH |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DURATION OF MARK (YEARS) | 10 |
| VIENNA CLASSIFICATION VERSION USED | 8 |
| VIENNA CLASS | 2503 |
| VIENNA CLASS | 2611 |
| VIENNA CLASS | 2705 |
| VIENNA CLASS | 2901 |



**EXHIBIT B**

| 1666615- goslyn ENVIRONMENTAL SYSTEMS | | Printed: 2024-04-26 13:58 (v11.13962) |
|---|---|---|

| Trademark | Holder | Registration Date | Expiration Date | Nice |
|---|---|---|---|---|
|  | Goslyn UK Limited | 19.04.2022 | 19.04.2032 | 07 |

Designation Status

| Designated contracting party | Status | Nice class | Date |
|---|---|---|---|
| Australia (AU) | Protection granted | 07 | 01.12.2022 |
| China (CN) | Protection granted | 07 | 26.10.2022 |
| Czech Republic (CZ) | Protection granted | 07 | 26.10.2022 |
| Democratic People's Republic of Korea (KP) | Protection granted | 07 | 19.04.2022 |
| European Union Intellectual Property Office (EM) | Protection granted | 07 | 10.11.2022 |
| Indonesia (ID) | Protection granted | 07 | 28.02.2023 |
| Latvia (LV) | Protection granted | 07 | 02.11.2022 |
| Mexico (MX) | Protection granted | 07 | 08.08.2023 |
| New Zealand (NZ) | Protection granted | 07 | 01.02.2023 |
| Philippines (PH) | Protection granted | 07 | 20.06.2023 |
| Singapore (SG) | Protection granted | 07 | 23.06.2023 |
| Switzerland (CH) | Protection granted | 07 | 05.05.2023 |
| Canada (CA) | Provisionally refused | 07 | 27.09.2023 |
| United States of America (US) | Provisionally refused | 07 | 04.04.2023 |

**EXHIBIT C**

FAQ   Testimonials   Case Studies   Contact   See Us   FOG Blog   Prof affiliations

Products ▾   FOG ▾   Regulations ▾   Certifications ▾   Resources ▾   Installations   Library ▾

**Serving Canada** 🇨🇦

Home » Locator

# Locator

Searching for a dealer in your area? Please contact us at 250.450.6778

## CANADIAN DISTRIBUTOR FOR WESTERN CANADA (MB, SK, AB, BC, NT, YT, & NU)

**Augusto Carreras**
Cell: 1.250.870.8877
Email: augusto@goslyn.ca
Landline 1.250.450.6778

**Goslyn Environmental Systems Ltd.**
(B.C. & Western Canada)
P.O. Box # 25203; Mission Park, RPO, Kelowna, BC,
V1W 3Y7, Canada

**Richard Sowerby**
Cell: 1.250.808.8876
Email: richard@goslyn.ca

**Goslyn RGM**
(Ontario & Eastern Canada)
P.O. Box 424
Aurora, ON, L4G 5R6
Cell: 1.905.841.0990
Fax: 1.905.248.5222

## CANADIAN DISTRIBUTOR FOR EASTERN CANADA (ON, QC, NS, NB, PE, NF & L)

**Angelo Mikrogiannakis**
Cell: 1.416.574.6174
Email: angelo@goslyn.ca

**Tely Spasopoulos**
Cell: 1.905.717.4073
Email: tely@goslyn.ca



**Serving Canada** 🇨🇦

**EXHIBIT D**



# Goslyn International

**Exclusive Use License: Intellectual Property/Industry Certification/Trademarks**

As agreed, and confirmed on August 5, 2018 that:

Goslyn International, Ltd, registered in England and Wales under Companies House registration No 11442529 whose registered address is 5 St Luke's Loft, 26 Bartholomew Square, London EC1V 3QH, has the exclusive, irrevocable license to use the Goslyn IP held in Goslyn General, LLC for all territories outside of North America.

Goslyn International agreed that a $40 per unit license fee will commence for all units sold after 1st September, 2018

Douglas F. Samuelson
President & CEO
Goslyn General, LLC

# EXHIBIT 6

| | |
|---|---|
| **From:** | pl@lewisuk.co.uk |
| **Sent:** | Friday, May 24, 2024 8:15 AM |
| **To:** | Doyle, William A.; judy.brubaker@aco.com; derek.humphries@aco.com |
| **Cc:** | jcurtain@taftlaw.com; jonathanowen@btinternet.com; 'Doug Samuelson'; Douglas K. Fryett; sowerboo@telus.net; Pamela Lewis; derek.humphries@aco.com; 'Brubaker, Judy'; 'john sowerby'; gilessowerbyps@gmail.com |
| **Subject:** | Goslyn General LLC and Goslyn LP |
| **Attachments:** | Response to Taft Law Letter 26 April 2024 - PL 24 May 2024.pdf |

**To: W Doyle**

I refer to your letter dated 26 April 2024 and attach our response.

This response is on behalf of:

Goslyn International Limited

Goslyn UK Limited

Jonathan Owen – shareholder

Pamela Lewis – shareholder

I consider that this whole exercise is an attempt to release ACO from making the payments under the Sale/Purchase Agreement to the original shareholders of Goslyn US. As there is no basis for the claims in your letter, I would request that the payments due to shareholders be released together with interest that should accrue from the due date of the payment.

**To: Judy Brubaker/Derek Humpries:**

Please note I am happy to continue the discussions with ACO regarding the agreement related to the licence given by Goslyn UK Limited to Goslyn US and the matter related to the accreditations of the Goslyn GRU and I do not consider, at this time, that the resolution of these matters needs to involve any unnecessary expense so we will not respond to any communications on this matter from your lawyers Taft Law but I confirm we are happy to discuss this with your office further. There seems to be confusion about our understanding and your lawyers brief in respect of these matters and I would hope that we can resolve them together, without lawyers confusing the issues.

Pamela Lewis

24 May 2024 @13.14

Pamela Lewis

Hill Farm House

Newport Road

Woolstone MK15 0AA

Tel:     01908 395 192

Mobile:  077 9877 2307

**Response to Taft Law, letter dated 26 April 2024**

**From: Pamela Lewis, Jonathan Owen and  Goslyn UK Limited and Goslyn International Limited**

**Date:  24 May 2024**

**Subject:  Breach of Non-Competition Agreement, Infringement of ACO's Trademark and Termination of License Agreement**

I refer to your letter dated 26 April 2024  and reply as follows.  I have responded to each part of your letter and the references shown are related to that letter.  Please forgive me if there is any repetition in my responses, these has been made for clarity:

**I.        Sellers' Breaches of the Agreements**

Thank you for the explanation on the restrictive covenants preventing the sellers from competing with ACO for three years in North America.

**8.) I presume this should be II**

**Sellers have engaged in, or are currently engaged in, at least five activities in blatant violation of the Agreements' restrictive covenants.**  This statement is incorrect.

**First**

ACO purchased Goslyn General LLC and Goslyn LP two USA entities referred to as Goslyn US.   Goslyn US was given a licence to use the Goslyn TM in three territories, North American, Canada and Mexico. It is only Goslyn US that has the right  to use the  trademark.  Goslyn US cannot transfer the right to use the Trademark to ACO with obtaining authorisation to do so from the owner of the trademark Goslyn UK Limited.  There is no direct agreement relating to the Trademark between ACO and Goslyn UK Limited.  Goslyn UK Limited was not party to any agreement with ACO.

The trademark is owned by Goslyn UK Limited and was registered on 6 June 2018 under the Trademark registration UK00003316076  Goslyn UK Limited applied for its Trademark to be registered with a number of countries with WIPO to ensure that it was protected in many countries of which North American, Canada and Mexico were three.  Goslyn UK had and has the absolute right to do this.  At no time did Goslyn UK authorise its trademark to be used by any other person or entity in the three territories other than by Goslyn US.

We have noted that your client registered a similar trademark on 3 October 2023, at no time was this discussed with Goslyn UK Limited.  It is noted that the trademark registered is very similar, except for the wording.  We consider this to be a separate matter from the ones that you raise in your letter and will follow up later.

**Second**

Yes, as stated above, we did register with WIPO to have our trademark registered in a number of countries of which Canada was one. This is still pending, and we will be in contact with the Canadian authorities in this respect.

As previously stated, we have not authorised any person or entity to use the Goslyn TM in Canada. It is my understanding that the Canadian entity that uses this trademark is a client of Goslyn US and the authorisation to use the Trademark has been given by that entity. So, by default as ACO owns Goslyn US then authorisation for the use of the TM has been given by your client. We do not have any relationship with the Goslyn US entities, and we have not sold any Goslyn products in Canada nor US nor Mexico directly or through a distributor or agent. Goslyn UK Limited, Jonathan Owen and Pamela Lewis have not sold or sent any Goslyn products to any person or entity in any of the three territories other than at the request of Goslyn US

**Third**

There is no breach here as Goslyn UK Limited is the owner of the TM and has the right to register its trademark in any country in the world that is part of WIPO. This registration protects Goslyn US's use of the TM under the licence agreement. Goslyn UK Limited. I repeat, Jonathan Owen and Pamela Lewis or any company that they are related to have not sold or sent any Goslyn products to any person or entity in any of the three territories other than at the request of Goslyn US

**Fourth**

**This is for Douglas Samuelson and John Sowerby to respond to,** but surely this must be an error – Goslyn Environmental Systems was not to my knowledge a separate entity from Goslyn US, it is just another trading name used by Goslyn US. The address that you provide is the original address of the Goslyn US businesses at the date that they were purchased by ACO. It is my understanding that ACO gave up that lease and we had assumed that there was no further trading from those premises of any Goslyn entity once the lease expired. I there is then we are unaware.

**Fifth**

**This is for Richard Sowerby to respond to** but to the best of my knowledge the Canadian operation was an appointed agent of Goslyn US so by default an agent of an ACO company.

We note your **suspicions** stated in the penultimate paragraph of page 3 and consider them to be unfounded. Goslyn UK Limited had every right to take the action that it has taken in respect of the registration of its Trademark. Jonathan Owen and Pamela Lewis or any entity that they are involved with have not and have not attempted in any way to supply any products within the three territories for which Goslyn US hold the licence. There has been no damage to you client in respect of this matter.

In the light of the above we do not consider that there are any actions which Goslyn UK Limited, Jonathan Owen or Pamela Lewis have to take.

(a) No - The TM belongs to Goslyn UK Limited, so it is our right to register them in the three territories where we have issued a licence to Goslyn US, this is to protect ourselves and Goslyn US.

(b) As above

(c) As above

(d) No - we will not certify.

(e) We cannot give this because Goslyn UK Limited retains the right to take this action if it should so wish. The fact is that ACO, as noted in your letter, has registered a TM which is very similar to the one registered to Goslyn UK Limited, without any discussion or notification, and we would respectfully request that ACO and/or Goslyn US confirm in writing that they will cease to use that Trademark.  We are happy to discuss this matter directly with them so that we can find a solution equitable to both ACO and Goslyn UK Limited.

(f)  We have not in anyway tried to compete with your client in the territories agreed and have no desire to do so, so we are happy to confirm this.

(g) None to the best of our knowledge – we cannot be held responsible for any sales that have been made through Goslyn US authorised agents or agencies.

(h) None to the best of our knowledge – see above.

## III   Goslyn International Limited's Breach of the Licence Agreement

Goslyn International Limited (GIL) has an agreement with Goslyn US that it will pay a fee per unit to ensure that Goslyn US continues to maintain the certifications  for the Goslyn Units.  Pamela Lewis of GIL has been in communication with your client on this matter and is happy for the discussions to continue.  We have just assumed for the moment that there is an offset in GIL being allowed to use the certifications with Goslyn US being able to use the Trademark which was the verbal agreement with Goslyn US and which we practiced against prior to your client buying that business.

Please be assured that GIL or its directors have not at any time offered for sale or sold any goods in the three territories that Goslyn US has the licence to use the trademark. GIL did supply Goslyn US with product on one or two occasions when they did not have sufficient stock, but this was done on a normal commercial basis and both the managers of Goslyn US and ACO were aware of these transactions.  Indeed, it is my understanding that ACO actually paid for these units.

The agreement dated 1 September 2018 between GIL and Goslyn General LLC attached to your letter (Exhibit D) is the one referred to in the previous paragraph which applies to the certifications, to the best of our knowledge there is no other IP.  The Goslyn Trademark was not and is not part of the IP belonging to Goslyn US.  Please refer to previous explanations.

We acknowledge receipt of the Exhibits A, B, C and D attached to your letter.

End