# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAMELA LEWIS, <br> GOSLYN UK LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. ) ) ) ) ) ) |

## PLAINTIFF'S RULE 7.1
## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ACO, Inc. ("Plaintiff") hereby states as follows:

No parent corporation or publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: October 1, 2024

**KLEHR HARRISON**
**HARVEY BRANZBURG LLP**

/s/ Thomas V. Ayala
Thomas V. Ayala (Bar No. 6629)
Alyssa M. Radovanovich (Bar No. 7101)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
tayala@klehr.com
aradovanovich@klehr.com

Philip R. Bautista (*pro hac vice* forthcoming)
William A. Doyle (*pro hac vice* forthcoming)
**TAFT STETTINIUS &**
**HOLLISTER LLP**
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
pbautista@taftlaw.com
wdoyle@taftlaw.com

*Attorneys for Plaintiff,*
*ACO, Inc.*

11155973.v1