# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAMELA LEWIS, <br> GOSLYN UK LIMITED, <br><br> Defendants. | C.A. No. 1:24-cv-01095-CFC |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Philip R. Bautista of Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, OH 44114-2302 to represent Plaintiff ACO, Inc. in the above-captioned action. I hereby certify that the applicant is a reputable and competent attorney, and I am in a position to recommend the applicant's admission.

Dated: October 16, 2024

**KLEHR HARRISON**
**HARVEY BRANZBURG LLP**

*/s/ Thomas V. Ayala*
Thomas V. Ayala (Bar No. 6629)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
tayala@klehr.com

## **ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Dated: _____   _____
                                         Hon. Colm F. Connolly, Chief Judge