## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: October 16, 2024              */s/ Philip R. Bautista*
                                                              Philip R. Bautista
                                                              200 Public Square, Suite 3500
                                                              Cleveland, OH 44114-2302
                                                              Telephone: (216) 241-2838
                                                              Facsimile: (216) 241-3707
                                                              pbautista@taftlaw.com