## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: October 16, 2024  

                    */s/ William A. Doyle*
William A. Doyle
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
wdoyle@taftlaw.com