# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:24-cv-01095-CFC |
| v. ) | |
| ) | **NOTICE OF SERVICE UNDER FED.** |
| PAMELA LEWIS, ) | **R. CIV. P. 4(f)(1) AND (l)(2)** |
| GOSLYN UK LIMITED, ) | |
| ) | |
| Defendants. ) | |

In accordance with Fed. R. Civ. P. 4(f)(1) and (l)(2), Plaintiff ACO, Inc. gives notice that on November 1, 2024, Defendants Pamela Lewis ("Lewis") and Goslyn UK Limited ("Goslyn UK") were served with the following documents:

- Hague Service Convention Warning and Summary of the Document to be Served;

- Summons in a Civil Action;

- Complaint, accompanying exhibits, and civil cover sheet (ECF Nos. 1, 1-1, 1-2); and

- ACO's Rule 7.1 Disclosure Statement (ECF No. 3).

True and accurate copies of the Witness Statement of Service for Lewis and Goslyn UK are attached as Exhibits 1 and 2 respectively. *See* Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Article 5, ¶ 1(b).

| | |
|---|---|
| Dated: November 20, 2024 | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | /s/ *Thomas V. Ayala* |
| | Thomas V. Ayala (Bar No. 6629) |
| Philip R. Bautista (admitted *pro hac vice*) | Alyssa M. Radovanovich (Bar No. 7101) |
| William A. Doyle (admitted *pro hac vice*) | 919 Market Street, Suite 1000 |
| **TAFT STETTINIUS & HOLLISTER LLP** | Wilmington, Delaware 19801 |
| 200 Public Square, Suite 3500 | Telephone: (302) 426-1189 |
| Cleveland, OH 44114-2302 | Facsimile: (302) 426-9193 |
| Telephone: (216) 241-2838 | tayala@klehr.com |
| Facsimile: (216) 241-3707 | aradovanovich@klehr.com |
| pbautista@taftlaw.com | |
| wdoyle@taftlaw.com | |
| | *Attorneys for Plaintiff, ACO, Inc.* |