# EXHIBIT 1

KF 2024 - 008394

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):

   **Friday 1 November 2024**

   at (place, street, number):
   a (localite, rue, numero):

   **Hill Farm House, 41 Newport Road, Woolstone, Milton Keynes, MK15 0AA, England**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:

      **Served upon Pamela Lewis at the direction of the Senior Master of the King's Bench Division of the Senior Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents upon persons who are within its territory. The documents, as more fully described in the witness statement of Jason Ward dated 3 November 2024 which is annexed hereto, were served as described in that witness statement with a deemed date of service as above under English court rules.**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   ~~the documents referred to in the request have been delivered to:~~
   ~~les documents mentionnes dans la demande ont ete remis a:~~

   ~~- (identity and description of person):~~
   ~~- (identite et qualite de la personne):~~

   ~~- relationship to the addressee (family, business or other):~~
   ~~- liens de parente de subordinaion ou autres avec le desinataire de l'acts:~~

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): 16th November 2024
le:

Signature and/or stamp:
Signature et/ou cachet:

[Signature]

[Red stamp: SENIOR COURTS OF ENGLAND AND WALES * FOREIGN PROCESS SECTION * 11 NOV 2024]

[Stamp: ROYAL COURTS OF JUSTICE - ROGER EASTMAN, MASTER OF THE KING'S BENCH DIVISION, STRAND LONDON WC2A 2LL]

# UNITED STATES DISTRICT COURT
for the District of Delaware

| | |
|---|---|
| ACO, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>PAMELA LEWIS,<br>GOSLYN UK LIMITED,<br><br>            Defendants. | Civil Action No. 1:24-cv-01095-UNA |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, **JASON WARD**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Senior Courts of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. In this witness statement I refer to the following documents as "the Service Documents":

    a. Hague Service Convention Warning and Summary of the Document to be Served ("the Hague Summary");

    b. Summons in a Civil Action;

    c. Complaint;

    d. Civil Cover Sheet;

    e. Exhibits 1 - 6; and

    f. Plaintiff's Rule 7.1 Disclosure Statement .

3. Exhibited hereto marked 'A' is a copy of the Hague Summary.

4. On Wednesday the 30th day of October 2024 at 12:09 pm I served PAMELA LEWIS (also known as Pamela Frances Lewis), hereafter "PFL", one of the Defendants herein, with the Service Documents by delivering them to and leaving them at her usual residence at Hill Farm House, 41 Newport Road, Woolstone, Milton Keynes, MK15 0AA, England, which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Friday the 1st day of November 2024.

5. The Service Documents were accepted by an adult female named Emily Chesterfield, granddaughter of PFL. She confirmed that PFL lives at the said Hill Farm House, and that she would pass on the Service Documents to PFL when she returned to the house after her current trip to London.

6. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

**STATEMENT OF TRUTH**

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Dated:        03 November 2024

Signed: _____
            JASON WARD

# UNITED STATES DISTRICT COURT
for the District of Delaware

| | |
|---|---|
| ACO, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA LEWIS,<br>GOSLYN UK LIMITED,<br><br>    Defendants. | Civil Action No. 1:24-cv-01095-UNA |

**Exhibit A to the Witness Statement of JASON WARD**

This is the exhibit marked "A" to my witness statement dated today.

Dated:    03 November 2024

Signed: *[signature]*

        **JASON WARD**

A'

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>L. Celeste Ingalls<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br>The Senior Master, Royal Courts of Justice<br>For the attention of the Foreign Process Section<br>Room E16<br>Royal Courts of Justice<br>Strand<br>LONDON WC2A 2LL |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| (identity and address)<br>(identité et adresse)<br>Pamela Lewis (also known as Pamela Frances Lewis)<br>41 Newport Road Hill Farm House, 41 Newport Road, Woolstone Milton Keynes, Buckinghamshire, United Kingdom, MK15 0AA |

| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☒ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :<br>To be served upon the defendant, Pamela Lewis (also known as Pamela Frances Lewis), at the direction of the Central Authority by Graham Bridgman, solicitor of the Senior Courts of England and Wales (or his agent for the purpose), by a method prescribed by the internal law of England and Wales for the service of documents in domestic actions upon persons who are within its territory |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

***List of documents** / Énumération des pièces*

| • Hague Summary with Warning Page<br>• Summons in a Civil Action<br>• Complaint<br>• Civil Cover Sheet<br>• Exhibits 1-6<br>• Plaintiff's Rule 7.1 Disclosure Statement<br>• Case No. 1:24-cv-01095-UNA |

* if appropriate / s'il y a lieu

| **Done at** / Fait à Portland, Oregon USA,<br><br>**The** / le 10/17/2024 | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*Celeste Ingalls* |

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
(article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | L. Celeste Ingalls<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA |
| **Particulars of the parties*:**<br>Identité des parties* : | Plaintiff: ACO, Inc.<br>Defendants: Pamela Lewis and Goslyn UK Limited<br><br>Case No. 1:24-cv-01095-UNA |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To give notice to Pamela Lewis (also known as Pamela Frances Lewis) of a claim for civil damages. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Plaintiff seeks declaratory judgment as sole owner of all Acquired IP, damages in an amount to be determined for breach of contract and related actions. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Clerk of the United States District Court<br>844 North King St Unit 18<br>Wilmington, DE 19801 USA (Refer to Summons) |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | Serve an ANSWER upon Plaintiff's attorney and file same with the above Court within 21 days after receipt. (Refer to Summons for further details) |

\*\* if appropriate / s'il y a lieu

☒ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | N/A |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

Permanent Bureau July 2017

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Pamela Lewis (also known as Pamela Frances Lewis)
41 Newport Road Hill Farm House, 41 Newport Road, Woolstone Milton Keynes, Buckinghamshire, United Kingdom, MK15 0AA

Case No. 1:24-cv-01095-UNA

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Delaware State Bar Association- Lawyer Referral Service
405 North King Street, Suite 100
Wilmington, DE 19801
302-478-8850

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau July 2017