# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAMELA LEWIS, and GOSLYN UK LIMITED, <br><br> Defendants | C.A. No. 1:24-cv-01095-CFC |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Amy D, Brown, Esq., of Gellert Seitz Busenkell & Brown, LLC, enters her appearance as counsel on behalf of Defendants Pamela Lewis and Goslyn UK Limited, in the above-captioned matter.

Dated: February 6, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Amy D. Brown*
Amy D. Brown (DE 4077)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814
abrown@gsbblaw.com

and

LEXERO LAW
Eric Menhart, Esq.
(to be admitted *pro hac vice*)
80 M St SE, Ste 100
Washington, DC 20003
Phone: 855-453-9376 Ext. 101
Eric.Menhart@Lexero.com

*Attorneys for Defendants*