IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACO, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>PAMELA LEWIS, and GOSLYN UK LIMITED,<br><br>   Defendants | C.A. No. 1:24-cv-01095-CFC |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission pro hac vice of **Eric J. Menhart, Esq.** to represent **Pamela Lewis** and **Goslyn UK Limited** in this matter.

Dated: February 6, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Amy D. Brown*
Amy D. Brown (DE 4077)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814
abrown@gsbblaw.com

*Attorneys for Defendants*

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Washington, D.C.,** and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Orders for District Court Fund effective 9/1/2016 and 01/01/2024, I further certify that the annual fee of $50.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: */s/ Eric J. Menhart*
Eric J. Menhart, Esq.
Lexero Law
80 M St SE, Ste 100, Washington, DC 20003
Phone: 855-453-9376 Ext. 101

Date: February 6, 2025