# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACO, INC., <br><br> Plaintiff, <br> v. <br><br> PAMELA LEWIS, and GOSLYN UK LIMITED, <br><br> Defendants | C.A. No. 1:24-cv-01095-CFC |

## RULE 7.1 DISCLOSURE STATEMENT OF GOSLYN, UK LIMITED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Goslyn UK Limited, a nongovernmental corporate party, certifies that there is no parent corporation or publicly held corporation that owns 10% or more of Defendant's stock.

Respectfully submitted,

Dated: February 7, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Amy D. Brown*
Amy D. Brown (DE 4077)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814
abrown@gsbblaw.com

and

LEXERO LAW
Eric Menhart, Esq.
(admitted *pro hac vice*)
80 M St SE, Ste 100
Washington, DC 20003
Phone: 855-453-9376 Ext. 101
Eric.Menhart@Lexero.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Amy D. Brown, Esq., hereby certify that on February 7, 2025, I caused a copy of the forgoing *Rule 7.1 Disclosure Statement of Goslyn, UK Limited* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated: February 7, 2025            */s/ Amy D. Brown*
                                   Amy D. Brown (DE 4077)