IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ACO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1095-CFC |
| | ) |
| PAMELA LEWIS and | ) |
| GOSLYN UK LIMITED, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington on this 27th day of February in 2026, the motion to withdraw as counsel for Defendant Goslyn UK Limited having been granted on February 27, 2026;

It is HEREBY ORDERED that, on or before **March 27, 2026**, Defendant Goslyn UK Limited shall retain counsel, as a corporation or other artificial entity cannot represent itself. See *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *James v. Daley and Lewis*, 406 F. Supp. 645, 648 (D. Del 1976). Additionally, a non-lawyer may not represent Goslyn UK Limited. See *Van De Berg v. C.I.R.*, 175 Fed. Appx. 538, 541 (3d Cir. 2006).

Failure of Goslyn UK Limited to comply with this order shall be considered a failure to defend and the court shall conduct a hearing at some time in the future to determine whether judgment (and in what amount) shall be entered against it.

_____
Chief Judge